IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PHILIP A. DUR                                                                                    PLAINTIFF

VERSUS                                                               CIVIL ACTION NO. 1:07cv1064-RHW

FIRST REPUBLIC BANK                                                                      DEFENDANT

## JUDGMENT

This cause came before the Court on the motion to dismiss for lack of personal jurisdiction [8] filed by the Defendant, the issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Defendant's motion to dismiss [8] having been granted, this action is dismissed for lack of personal jurisdiction over the Defendant First Republic Bank.

**SO ORDERED AND ADJUDGED** this the 26th day of March, 2008.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE